IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

__NO__ INTERPRETER NEEDED : IA

Date of Arrest: January 18, 2013 : January 18, 2013
ESR OPERATOR: Crystal Wardlaw

UNITED STATES OF AMERICA : AUSA Ashley Lunkenheimer

**FILED**

v. JAN 1 8 2013 : 2 No: 13-08-1

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JOSE TIRADO

[] CJA Appointed  *PFENDER*
[X] Retained **Thomas Fender, Esq.**
[] Defenders' Assn Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, and for the reasons stated on the record in open court, the bail status as to the above-named defendant is as follows:

[X] The Government's Motion for Temporary Detention is Granted. A detention hearing and arraignment are scheduled for **Tuesday, 1/22/13 at 1:30 p.m., before Judge Rueter, Ctrm 5B** .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

*TIMOTHY R. RICE*
*UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT  2 MINUTES**

*(Form Revised December, 2009)*