IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.13-08-02 |
| V. | : |
| VICTOR TIRADO | : |

### ORDER

AND NOW, this _____ day of June, 2013 upon consideration of the Defendant's PETITION TO ATTEND A WEDDING AND RECEPTION, it is hereby ORDERED AND DECREED that the Defendant Victor Tirado, who is presently under house arrest, is permitted to attend a wedding and reception scheduled on Sunday June 30, between the hours of 1:30 p.m. and 10:00 p.m. at the locations contained in the invitation attached to the Petition.

BY THE COURT,

_____J.
Cynthia M. Rufe

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-08-02 |
| V. | : | |
| VICTOR TIRADO | : | |

### PETITION TO ATTEND WEDDING AND RECEPTION

Petitioner, Victor Tirado, thru his attorney, Thomas Bello, Esq., petitions the Court to permit him to attend the wedding and reception for his relative and in support thereof states the following:

1. Petitioner was indicted along with his brother for violation of 18 U.S.C. Sec. 286, 287, and 18 U.S.C. Sec. 2, Aiding and Abetting, and is presently awaiting trial before this Court.

2. Petitioner is presently under house arrest with permission to work.

3. Petitioner is meeting all the requirements of his house arrest.

4. Petitioner has been invited to participate in a wedding as well as attend a reception on Sunday. June 30, 2013. A copy of said invitation is attached (Attachment A ).

6. Defendant is presently under house arrest and is capable of working Mondays thru Saturdays from 7 AM thru 7 PM.

7. Defendant's attorney has spoken to pre trial services and they have no objection to the Defendant being permitted to work.

8. Defendant's attorney has spoken to the Assistant United States Attorney, Ashley Lunkenheimer, who under the circumstances has no objection to the Defendant being permitted to work. The one caveat is "under the circumstances" in that the Defendant has already been released to house arrest without the Government having been permitted a bail hearing before his release from the drug treatment facility (see statement number 2). Namely, the Government did not agree to house arrest.

WHEREFORE, the Defendant requests the Court to grant his request to work while under house arrest.

Respectfully submitted,

S/_____
Thomas Bello, Esq
Attorney for the Defendant
Victor Tirado

## CERTIFICATE OF SERVICE

    I, Thomas Bello, Esq, hereby certify that I have caused to be served a copy of this Motion To Permit The Defendant To Work, by Electronic Filing, on the following:

        Assistant United States Attorney Ashley Lunkenheimer

S/
_____
Thomas Bello, Esq.

Date



Mr. Hector Jackson and Mrs. Virginia Feltio
humbly request your presence as our children
*Stacee Denise Jackson*
and
*Anthony Alphonso Hendricks*
exchange their vows of marriage
and celebrate a life complete
on Sunday, June thirtieth
Two thousand and thirteen
at one-thirty in the afternoon
Home of Aly Oshun (Yard)
4740 N Mascher Street
Philadelphia, 19120
Adult Reception to start at four in the afternoon
Grasshopper's Catering (Formerly Regal Ballroom)
5411 Oxford Avenue
Philadelphia, PA 19124

Formal Attire Required
No Children at Reception

Exhibit "A"