

City of Philadelphia
Department of
Licenses & Inspections
P.O. Box 53310
Philadelphia, Pa. 19105



DISPLAY PROMINENTLY

if required by law

TIRADO VICTOR
3512 I ST
PHILADELPHIA PA 19134

3311    MOTOR FUEL DISP & VEH REPAIR
TIRADO VICTOR
01020 E ATLANTIC ST   0000000

THIS LICENSE IS GRANTED TO THE PERSON AND LOCATION FOR THE PURPOSE STATED ABOVE.
IT IS SUBJECT TO IMMEDIATE CANCELLATION BY THIS DEPARTMENT FOR VIOLATIONS OF
CITY ORDINANCES AND REGULATIONS. INQUIRIES @ (215)686-8686

| LICENSE CODE | LICENSE NO | COMMERCIAL ACTIVITY LIC. | EXPIRATION DATE | PAID AMOUNT | PAID DATE |
|---|---|---|---|---|---|
| 3311 | 492823 | 492823 | 12/2013 | 175.00 | 02/05/13 |

**LICENSE**

Attachment "1"

[*]

**Invoice Breakdown**

```
Date 10/30/13                                           Lot# 28842263
Time 15:15:24          Sales Receipt/Bill of Sale
                                                   SBC#

Seller DELTA TIRE              Member T BROTHERS AUTOMOTIVE      736419
       SOLD THROUGH COPART            1020 E. ATLANTIC STREET
       14600 OLD GENTILLY ROAD        PHILADELPHIA, PA 19134
       NEW ORLEANS, LA 70129


Phone# (504) 254-3944          Phone# (267) 258-7405

Tax ID: 931215150


Vehicle 08 DODG RAM 1500 Q TAN    Vin# 1D7HA18258J124384    Row SE006
  Sale 10/30/13   # 1108          Yard 79 LA - NEW ORLEANS



    10/30/13 SALE PRICE              3,600.00
    10/30/13 GOVT. IMPOSED TRANSA        5.00
    10/30/13 BUYER FEE                 565.00
    10/30/13 VIRTUAL BID FEE            69.00
    10/30/13 LOAD OUT                   30.00
    10/30/13 BUYER PAYMENT           3,909.00- CC Auth:185271, ****1627
    10/30/13 DEPOSIT USED FOR LOT      360.00-

              NET DUE (USD)             .00  Paid Through: 11/05/13

    Seller: _____


THIS DOCUMENT EVIDENCES THE TRANSFER OF VEHICLE TITLE FROM SELLER TO MEMBER
MEMBER AGREES THAT THE VEHICLE HAS BEEN SOLD "AS IS WHERE IS" WITH NO
WARRANTIES. SALE IS FINAL.




RELEASED BY: _____      DATE _____

RELEASED TO: _____
                      (Print Name)

RELEASED TO: _____
                      (Signature)

Transporter Plate#: _____   State: ____
```

Attachment "2"