IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : CRIMINAL NO. 13-08-02 |
| VICTOR TIRADO | : |

ORDER

AND NOW on this _____ day of February 2015, upon consideration of the Defendant's PETITION TO PERMIT THE DEFENDANT TO ATTEND VIEWING AND FUNERAL it is hereby ORDERED AND DECREED that the Defendant who is presently on house arrest be permitted to travel to Jersey City, N.J. and stay overnight on February 25 thru February 26' 2015, for the viewing and funeral of his sister-in-law Clara Cruz.

BY THE COURT

================J.
CYNTHIA M. RUFE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 13-08-02 |
| VICTOR TIRADO | : | |

PETITION TO ATTEND VIEWING AND FUNERAL

      Petitioner, Victor Tirado, thru his Attorney, Thomas Bello, Esq. petitions the Court to permit him to attend the viewing and funeral of his sister-in-law, Clara Cruz in Jersey City, New Jersey, on the inclusive dates of February 25 thru February 26, 2015, and in support thereof states the following:

    1. Petitioner was indicted along with his brother for violation of 18 U.S.C. Sec. 286-287 and is presently awaiting trial before this Court.

    2. Petition is presently under house arrest and has been under house arrest since early 2013.

    3. Petitioner is meeting and has met all the requirements of house arrest.

    4. Petitioner's sister-in-law, Clara Cruz, has recently become deceased and viewing and funeral arrangements are taking place in Jersey City, New Jersey on the aforementioned dates.

    5. Pre-Trial services is requiring that the Petitioner receive permission from the Court to travel to and remain overnight in Jersey City to attend the services.

WHEREFORE , the Petitioner requests that he be permitted to travel to Jersey City, N.J. on February 25 and stay overnight for services on February, 26, 2015.

          Respectfully submitted,

          S/----------------------------
          Thomas Bello, Esq.
          Attorney for Petitioner

CERTIFICATE OF SERVICE

I, Thomas Bello, Esq. hereby certify that I have caused to be served a copy of this Petition by Electronic Filing on the following:

Assistant United States Attorney Ashley Lunkenheimer, Esq.

S/---------------------------------
Thomas Bello, Esq.

Date: February 23, 2015