PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Victor Tirado                                          Docket No. 2:13CR008-2

Petition for Action on Conditions of Pretrial Release

      COMES NOW, Charles G. Meissler III, Pretrial Services Officer, presenting an official report upon the conduct of Victor Tirado, who was placed under pretrial release supervision by the Honorable Thomas J. Rueter sitting in the Court at Philadelphia, on January 22, 2013, under the following conditions:

1. Report as directed to Pretrial Services
2. Substance abuse testing
3. Substance abuse treatment as directed by Pretrial Services
4. Surrender/ Do not obtain passport
5. Travel Restricted to the Eastern District of PA unless approved in advance by Pretrial Services
6. No firearms
7. No contact with co-defendants, potential witnesses, individuals engaged in any criminal activity, with the exception of his spouse/mother of his children, children, mother and siblings
8. Location Monitoring, In home detention (modified on March 29, 2013)

Respectfully presenting petition for action of Court and for cause as follows:

1. Since completing treatment at Bowling Green in 2013, the defendant has maintained a satisfactory adjustment to his court ordered conditions of release. The defendant continues to struggle with opiate addiction, as he has required medical attention, including prescribed opiate based pain medication, for treatment of numerous injuries and ailments over the past two years. The defendant has maintained overall compliance with his Location Monitoring Program of Pretrial Services. There has been no information received by this office that the defendant has travelled outside of the Eastern District of Pennsylvania without the approval of this office.

2. On June 23, 2015 the defendant provided a urine specimen which tested positive for cocaine. This result was verified by our national lab on June 29, 2015. Based on this positive test Pretrial Services completed a heroin specific test on a urine specimen collected from the defendant on July 6, 2015 which was positive for opiates. This test was verified as positive for heroin by our national lab on July 13, 2015.

3. On July 14, 2015 this officer met with the defendant to discuss the positive urine specimens. The defendant indicated that he relapsed and needed to return to treatment. The defendant continued with an animated admission of his relapse, but after further discussion about the previous treatment that had been provided and his prior insistence that he had not used cocaine, the defendant relented and explained that over the past two months he had returned to participation in the packaging of heroin. The defendant noted that he expects the positive tests are from his direct contact with the heroin and the possible use of cocaine

in the cutting of the drug. The defendant noted that he has discontinued use of the prescribed opiate medication and is scheduled to return to his suboxone treatment with Dr. Mallis this week.

4. This Officer has informed Assistant U.S. Attorney Ashley Lunkenheimer and Defense Attorney Thomas Bello of this violation matter.

PRAYING THAT THE COURT WILL ORDER a bail review hearing to address this alleged violation of his pretrial release conditions.

ORDER OF COURT

Considered and ordered this 20th day of July, 2015 and ordered filed and made a part of the records in the above case.

Cynthia M. Rufe
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Charles G. Meissler III
U.S. Pretrial Services Officer

Place: Philadelphia

Date: July 16, 2015