IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| VICTOR TIRADO | : | NO. 13-CR-8-2 |

ORDER

AND NOW, this 21st day of November, 2016, upon consideration of the United States Probation Office Petition for Violation of Supervised Release, and after hearing thereon, the Court finds defendant in violation of supervised release based upon the allegations outlined in the Petition for Violation of Supervised to which defendant has admitted. It is hereby **ORDERED** that supervised release is **REVOKED** and defendant is committed to the custody of the Bureau of Prison for a term of nine (9) months on each of counts 2, 10 and 12, all terms to run concurrently to each other. The Court directs defendant be credited with all time served while in custody on this matter. Upon release from custody, defendant is placed on supervised release for a period of two (2) years on each of counts 2, 10 and 12, all terms to run concurrently to each other with the same terms and conditions as previously imposed.

BY THE COURT:

*[signature]*
THE HON. CYNTHIA M. RUFE, J.

cc
US Probation (via email)
USMS(2) cc