B+ E-2
USA -v- Tirado

Date: 10/24/2016

To: THE Honorable Magistrate
Cynthia Rufé

    First and foremost please allow me the opportunity to Apologize for disrespecting both you and your courtroom by not appearing in front of you on the date I was given by you. I have appeared before you in your courtroom twice before and both times I was sent to Jail by you where I had to go and break my Drug Habbit cold Turkey and although you were only doing your job and all that was happening to me at that time was in fact completely my fault it is still not a feeling one should be forced to endure. Sick people such as myself should be placed in hospitals not prisons. Many would say that it is my fault for taking Drugs both Perscription as well as Non-Perscription but it is obvious that Whoever was to say such a thing does not know or understand the decease of addiction. For this same reason I chose to detox myself from the pain medication that I was legally taking at that moment (I have proof of this as well.) Once I was done detoxing myself I was going to immediately turn myself in.

    Unfortunately things did not work out as I planned (No Surprise there.) and I was picked up before I could turn myself into the Marshall's. I planned on turning myself in on Monday October 3rd at 12 Noon but was picked up the day before in New Jersey while purchasing some items for my son at the Tacony Flea Market so he could make his you-Tube Video's. (I have proof of all that I am saying should you want to see for yourself.) Unfortunately those same Items also got me in some trouble here in N.J. which is why I now don't know what is going to happen to me when I face you again. I am a man and I can and will accept whatever you decide my fate to be but I also beg and plead with you not only to help me but to have mercy on me as well. I am sick and in need of true help. This is going to be my first Violation and I do not want to continue going through this. I am a Drug Addict in need of Serious help. Please help me!!!

    Thank you very much in advance for your Time, Patience and assistance in this matter and may "God" bless you.

    Respectfully,
    xVictor A. Tirado Sr.

# United States District Court
## Eastern District of Pennsylvania

**CHAMBERS OF**
**CYNTHIA M. RUFE**
**JUDGE**

**12614 UNITED STATES COURTHOUSE**
**INDEPENDENCE MALL WEST**
**SIXTH AND MARKET STREETS**
**PHILADELPHIA, PENNSYLVANIA 19106**

November 4, 2016

VICTOR A. TIRADO SR./110383
P.O. BOX 6000
MOUNT HOLLY, NJ 08060-06000

        **Re: USA v. Tirado**
        **No. 13-8-2**

Dear Mr. Tirado:

    I have received your correspondence. Please be advised that I am forwarding a copy of your letter to your attorneys of record, Thomas Alvin Bello, Esquire and Christopher G. Furlong, Esquire for appropriate action.

    Thank you.

               Very truly yours,

              HON. CYNTHIA M. RUFE

CMR/ep

T. Bello, Esq. (w/enc.)
C. Furlong, Esq. (w/enc.)
A. Lunkenheimer, AUSA (w/enc.)
Clerk of Courts (w/enc.)

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: CP-51-CR-0000988-2013

# CRIMINAL DOCKET

Court Case



Commonwealth of Pennsylvania
v.
Victor Tirado

Page 1 of 15

## CASE INFORMATION

Judge Assigned: Ehrlich, Charles A.  Date Filed: 01/24/2013  Initiation Date: 01/24/2013
OTN: N 841650-5  LOTN:  Originating Docket No: MC-51-CR-0000856-2013
Initial Issuing Authority: Bradley K. Moss  Final Issuing Authority: Bradley K. Moss
Arresting Agency: Philadelphia Pd  Arresting Officer: Carter, Joseph T.
Complaint/Incident #:
Case Local Number Type(s)  Case Local Number(s)
District Control Number  1324001520

## STATUS INFORMATION

Case Status: Adjudicated

| Status Date | Processing Status |
|---|---|
| 09/19/2016 | Awaiting PSI |
| 09/19/2016 | Awaiting Sentencing |
| 09/04/2013 | Awaiting Trial |
| 08/21/2013 | Awaiting Scheduling Conference |
| 07/16/2013 | Awaiting Trial |
| 02/13/2013 | Awaiting Pre-Trial Conference |
| 01/30/2013 | Awaiting Formal Arraignment |
| 01/24/2013 | Awaiting Filing of Information |

Arrest Date: 01/05/2013

Complaint Date: 01/06/2013

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
**CRIMINAL DOCKET**
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 2 of 15

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 02/13/2013 | 11:00 am | 1104 | | Scheduled |
| Pre-Trial Conference | 03/12/2013 | 9:00 am | 605 | Judge Frank Palumbo | Scheduled |
| Pretrial Bring Back | 04/23/2013 | 9:00 am | 605 | Judge Frank Palumbo | Scheduled |
| Pretrial Bring Back | 07/16/2013 | 9:00 am | 605 | Judge Frank Palumbo | Scheduled |
| Bench Warrant Hearing | 07/19/2013 | 12:30 pm | 403 | Judge Joseph C. Waters | Scheduled |
| Judge Only Bench Warrant Hearing | 07/23/2013 | 9:00 am | 605 | Judge Frank Palumbo | Scheduled |
| Pretrial Bring Back | 08/21/2013 | 9:00 am | 605 | Judge Frank Palumbo | Scheduled |
| Scheduling Conference | 09/04/2013 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |
| Motions Hearing | 03/17/2014 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |
| Trial | 04/14/2014 | 9:00 am | 608 | Judge Charles A. Ehrlich | Cancelled |
| Trial | 10/20/2014 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 04/13/2015 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |
| Status | 04/27/2015 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 09/08/2015 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 11/09/2015 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 01/25/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 01/28/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 02/03/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 02/22/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 02/29/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 03/14/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |
| Status | 04/04/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 04/06/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 04/07/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 06/02/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Status | 06/27/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |
| Trial | 08/22/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 08/29/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 08/30/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 08/31/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 09/01/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Continued |
| Trial | 09/19/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 3 of 15

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Sentencing | 12/05/2016 | 9:00 am | 608 | Judge Charles A. Ehrlich | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth: 05/27/1976    City/State/Zip: Philadelphia, PA 19134

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Tirado, Victor |

## BAIL INFORMATION

Tirado, Victor                                            Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/06/2013 | Monetary | 10.00% | $5,000.00 | | |
| Revoke and Forfeit | 07/16/2013 | Monetary | 10.00% | $5,000.00 | | |
| Reinstate | 07/23/2013 | Monetary | 10.00% | $5,000.00 | Posted | 01/07/2013 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F1 | 18 § 3502 §§C1 | Burglary | 01/05/2013 | N 841650-5 |
| 2 | 7 | F1 | 18 § 903 | Conspiracy - Burglary - Overnight Accommodation, Person Present | 01/05/2013 | N 841650-5 |
| 3 | 3 | F2 | 18 § 3503 §§A1II | Crim Tres-Break Into Structure | 01/05/2013 | N 841650-5 |
| 4 | 4 | M1 | 18 § 3921 §§A | Theft By Unlaw Taking-Movable Prop | 01/05/2013 | N 841650-5 |
| 5 | 5 | M1 | 18 § 3925 §§A | Receiving Stolen Property | 01/05/2013 | N 841650-5 |
| 6 | 8 | S | 18 § 3304 §§A2 | Crim'l Misch-Tamper W/Property | 01/05/2013 | N 841650-5 |
| 99999 | 6 | S | 18 § 3304 §§A4 | Criminal Mischief | 01/05/2013 | N 841650-5 |
| 99999 | 2 | F1 | 18 § 903 | Conspiracy - Burglary | 01/05/2013 | N 841650-5 |

## DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

Lower Court Proceeding (generic)
Preliminary Hearing                           01/23/2013                         Not Final

CPCMS 9082                                                                      Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 4 of 15

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period | Final Disposition<br>Grade    Section<br>Credit For Time Served<br>Start Date | |
|---|---|---|---|
| 1 / Burglary | Held for Court | F1 | 18 § 3502 §§ C1 |
| 3 / Crim Tres-Break Into Structure | Held for Court | F2 | 18 § 3503 §§ A1II |
| 4 / Theft By Unlaw Taking-Movable Prop | Held for Court | M1 | 18 § 3921 §§ A |
| 5 / Receiving Stolen Property | Held for Court | M1 | 18 § 3925 §§ A |
| 99,999 / Conspiracy - Burglary | Held for Court | F1 | 18 § 903 |
| 99,999 / Criminal Mischief | Held for Court | S | 18 § 3304 §§ A4 |

**Proceed to Court**

| Information Filed | 01/30/2013 | Not Final | |
|---|---|---|---|
| 1 / Burglary | Held for Court | F1 | 18 § 3502 §§ C1 |
| 2 / Conspiracy - Burglary - Overnight Accommodation, Person Present | Replacement by Information | F1 | 18 § 903 |
| 3 / Crim Tres-Break Into Structure | Held for Court | F2 | 18 § 3503 §§ A1II |
| 4 / Theft By Unlaw Taking-Movable Prop | Held for Court | M1 | 18 § 3921 §§ A |
| 5 / Receiving Stolen Property | Held for Court | M1 | 18 § 3925 §§ A |
| 6 / Crim'l Misch-Tamper W/Property | Replacement by Information | S | 18 § 3304 §§ A2 |
| 99,999 / Conspiracy - Burglary | Charge Changed | F1 | 18 § 903 |
| Replaced by 18 § 903, Conspiracy - Burglary - Overnight Accommodation, Person Present | | | |
| 99,999 / Criminal Mischief | Charge Changed | S | 18 § 3304 §§ A4 |
| Replaced by 18 § 3304 §§ A2, Crim'l Misch-Tamper W/Property | | | |

**Nolo Contendere**

| Trial | 09/19/2016 | Final Disposition | |
|---|---|---|---|
| 1 / Burglary | Guilty | F1 | 18 § 3502 §§ C1 |
| 2 / Conspiracy - Burglary - Overnight Accommodation, Person Present | Guilty | F1 | 18 § 903 |
| 3 / Crim Tres-Break Into Structure | Nolle Prossed | F2 | 18 § 3503 §§ A1II |
| 4 / Theft By Unlaw Taking-Movable Prop | Nolle Prossed | M1 | 18 § 3921 §§ A |
| 5 / Receiving Stolen Property | Nolle Prossed | M1 | 18 § 3925 §§ A |
| 6 / Crim'l Misch-Tamper W/Property | Nolle Prossed | S | 18 § 3304 §§ A2 |
| 99,999 / Conspiracy - Burglary | Charge Changed | F1 | 18 § 903 |
| Replaced by 18 § 903, Conspiracy - Burglary - Overnight Accommodation, Person Present | | | |
| 99,999 / Criminal Mischief | Charge Changed | S | 18 § 3304 §§ A4 |
| Replaced by 18 § 3304 §§ A2, Crim'l Misch-Tamper W/Property | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 5 of 15

**COMMONWEALTH INFORMATION**

Name: Philadelphia County District Attorney's Office
Prosecutor

Supreme Court No:
Phone Number(s):
215-686-8000    (Phone)
Address:
3 South Penn Square
Philadelphia, PA  19107

**ATTORNEY INFORMATION**

Name: Defender Association of Philadelphia
Public Defender

Supreme Court No:
Rep. Status: Active
Phone Number(s):
Address:
Packard Building
1441 Samson Street
Philadelphia, PA  19102

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/24/2013 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 3 | 01/24/2013 | | Amabile, Jennifer |
| Transferred from Municipal Court | | | |
| 1 | 01/30/2013 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 4 | 02/13/2013 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 03/12/2013 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 03/12/2013 | | Palumbo, Frank |
| Order Granting Motion for Continuance | | | |

HON. F. Palumbo ADA: R. Daisey ATTY: P. Mandracchia/J. Sanchez (PD) DRT: S. McKeon CLK: L. Camp

Defense request for further investigation.    Case relisted on 4/23/13 courtroom 605.    Time ruled excludable. Defendant served.

| 2 | 04/23/2013 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|
| Hearing Notice | | | |

CPCMS 9082    Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

DOCKET

Docket Number: CP-51-CR-0000988-2013

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 6 of 15

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 04/23/2013 | | Palumbo, Frank |

Order Granting Motion for Continuance

HON. F. Palumbo  ADA: R. Daisey  ATTY: J. Sanchez/M. Masciangello  DRT: J. Mattis  CLK: L. Camp

Defense request—defendant is in rehab center.  Case relisted on 7/16/13 courtroom 605.  Time ruled excludable. Defense attorney permitted to accept service.

| 3 | 07/16/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 07/16/2013 | | Palumbo, Frank |

Order Granting Motion to Revoke/Release and Forfeit Bail - Tirado, Victor

| 3 | 07/19/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 7 | 07/19/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 8 | 07/19/2013 | | Waters, Joseph C. |

Order Granting Motion for Continuance

Judge Only Bench Warrant to Stand.
Next Court Date: 7/23/13 in room 605.

Judge: Joseph C. Waters
ADA: Nadine Stevenson
Public Defender: Matt Megliario/Tobias Brown
Stenographer: Ashley McCarrie
Court Clerks: Diane Young

| 3 | 07/23/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 07/23/2013 | | Palumbo, Frank |

Order Granting Motion to Re-Instate Previously Set Bail - Tirado, Victor
ADA: Daisy; PD: Sanchez; DRT: Waters; Clerk: Sharpe

CPCMS 9082                                                                                                   Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 7 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 08/21/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 4 | 08/21/2013 | | Palumbo, Frank |

Order Granting Motion for Continuance

Offer rejected. Listed 9/4/13 room 608 for scheduling conference.
Defense requesting FBI Extract.

ADA: Jennings; PD: Cervone; DRT: Sidberry; Clerk: Sharpe

| 2 | 09/04/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 4 | 09/04/2013 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 09/04/2013 | | Ehrlich, Charles A. |

Scheduling Conference Held

Judge: Charles A. Ehrlich;   Assistant District Attorney: Kathryn Brown;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

FBI extract of complainant is to be provided to defense counsel. Continued for motions on 3/17/14 and for a waiver trial on 4/14/14 in courtroom 608. Defendant was present and served for the motions and trial listings.

| 3 | 03/17/2014 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 03/17/2014 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Defense request, new trial date 10/20/14 courtroom 608. No motions.

Judge: Charles A. Ehrlich;   Assistant District Attorney: Andrew Thomson;   PD:   Rosemary Zeccardi; Stenographer: Qadriyyah Taylor; Court Clerk: ESharpe

| 2 | 10/20/2014 | | CP Courtroom Operations |

Trial Continued

CPCMS 9082

Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

### COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
#### DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado
ENTRIES

Page 8 of 15

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 10/20/2014 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Kathryn Brown;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Samanda Rios;   Court Clerk: Robin Washington

Defense request.   Continued for a 3-day jury trial.   Next court date: 4/13/15 in courtroom 608.   Time ruled excludable.  Defendant was present and served for the next listing.

| 3 | 04/13/2015 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Ann Mullen;   Court Clerk: Robin Washington

Defense request.   Commonwealth is ready on call.   Continued for status of trial.   Next court date: 4/27/15 in courtroom 608.  Defense counsel is permitted to accept service for the next listing.

| 4 | 04/27/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 04/27/2015 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Ann Mullen;   Court Clerk: Robin Washington

Defense request.   Continued for status.   Next court date: 9/8/15 in courtroom 608.   Defendant was present and served for the next listing.

| 4 | 09/08/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 09/08/2015 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Martin Glynn;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Stephanie Goffredo;   Court Clerk: Robin Washington

Defense request.   Continued for status.   Next court date: 11/9/15 in courtroom 608.   Defendant was not brought down from Philadelphia Federal Custody.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 9 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 11/09/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 11/09/2015 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Martin Glynn;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Julie Wison;   Court Clerk: Robin Washington

Defense request.   Continued for status of a possible nontrial disposition.   Next court date: 1/25/16 in courtroom 608. Time ruled excludable. Defendant was not brought down from Federal custody.

| 4 | 01/25/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 01/25/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Martin Glynn;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Julie Wilson;   Court Clerk: Robin Washington

Defense request.   Continued for status of a possible nontrial disposition.   Next court date: 1/28/16 in courtroom 608. Time ruled excludable. Defendant was not brought down from Federal Custody.

| 4 | 01/28/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 01/28/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Martin Glynn;   Defense Attorney: Rosemary Zeccardi (PD);   Stenographer: Julie Wilson;   Court Clerk: Robin Washington

Defense request.   Continued for status.   Next court date: 2/3/16 in courtroom 608.   Defendant was not brought down from Federal custody.

| 4 | 02/03/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 10 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 02/03/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Martin Glynn;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Julie Wilson;   Court Clerk: Robin Washington

Defense request.   Continued for status of a possible nontrial disposition.   Next court date: 2/22/16 in courtroom 68. Time ruled excludable. Defendant was not brought fown from Federal custody.

---

| 4 | 02/22/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| 5 | 02/22/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Karen Shevelev;   Court Clerk: Robin Washington

Defense request.   Continued for status of a possible nontrial disposition.   Next court date: 2/29/16 in courtroom 608. Time ruled excludable. Defendant was not brought down from Federal custody.

---

| 4 | 02/29/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| 5 | 02/29/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Karen Shevelev;   Court Clerk: Robin Washington

Defense request.   Continued for status of a possible nontrial disposition.   Next court date: 3/14/16 in courtroom 608. Assistant District Attorney to prepare a writ to bring defendant in from Federal custody next listing.

---

| 3 | 03/14/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013

## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 11 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 03/14/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Karen Shevelev;  Court Clerk: Robin Washington

Commonwealth request - defendant was not brought down from Federal custody. Continued for status of a possible nontrial disposition. Next court date: 4/4/16 in courtroom 608. Defendant is to be brought down next listing.

| 4 | 04/04/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 04/04/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Carol Phy;  Court Clerk: Robin Washington

Joint request. Continued for status of a new trial date. Next court date: 4/6/16 in courtroom 608. Defendant is in an inpatient treatment facility and was not present. Defense counsel is permitted to accept service for the next listing.

| 4 | 04/06/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 04/06/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Robert Cervone for Rosemary Zeccardi (PD); Stenographer: Carol Phy;  Court Clerk: Robin Washington

Commonwealth request. Continued for status of a new trial date. Next court date: 4/7/16 in courtroom 608. Defendant is in an inpatient treatment facility and was not present. Defense counsel is permitted to accept service for the next listing.

| 4 | 04/07/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 7 | 04/07/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

CPCMS 9082                                                                                                                Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 12 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 8 | 04/07/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Carol Phy; Court Clerk: Robin Washington

Status listing held.   Continued for status on 6/2/16 and for a 3-day jury trial on 8/22/16 in courtroom 608. Defendant is in an inpatient treatment facility and was not present.   Defense counsel is permitted to accept service for the next listing.

| 4 | 06/02/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 06/02/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 6 | 06/02/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Nereida Luciano; Court Clerk: Robin Washington

Defense request.   Continued for status.   Next court date: 6/27/16 in courtroom 608.   Defendant was present and served for the status and trial listings.

| 1 | 06/27/2016 | | Ehrlich, Charles A. |

Trial Date to Remain

Judge: Charles A. Ehrlich;   Assistant District Attorney: Amanda Hedrick;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Nereida Luciano; Court Clerk: Robin Washington

Status listing held.   Defendant colloquied on the record as to offer.   Offer rejected.   Trial date of 8/22/16 in courtroom 608 remains. Defendant was present and previously served for trial.

| 2 | 06/27/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 4 | 08/22/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

CPCMS 9082

Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 13 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 08/22/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 6 | 08/22/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Mary D'Alessandro; Court Clerk: Robin Washington

Defense request.   Continued for trial.   Next court date: 8/29/16 in courtroom 608.   Time ruled excludable. Defendant was present and served for the next listing.

| 4 | 08/29/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 08/29/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Mary D'Alessandro; Court Clerk: Robin Washington

Both sides are ready.   Continued for jury selection and trial.   Next court date: 8/30/16 in courtroom 608. Defendant was present and served for the next listing.

| 4 | 08/30/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 08/30/2016 | | Ehrlich, Charles A. |

Jury Selection

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

Jury Selection begins.

| 6 | 08/30/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

Jury Selection in progress.   Nine (9) jurors have been selected.   Continued for further jury selection and trial. Next court date: 8/31/16 in courtroom 608. Defendant was present and served for the next listing.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 14 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/31/2016 | | Ehrlich, Charles A. |

Jury Selection

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

Jury Selection resumes.

| 5 | 08/31/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 6 | 08/31/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

Jury selection has been discontinued by agreement - three (3) selected jurors are unavailable next week. Continued for status of a possible nontrial disposition/new trial date.   Next court date: 9/1/16 in courtroom 608. Defendant was present and served for the next listing.

| 4 | 09/01/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 09/01/2016 | | Ehrlich, Charles A. |

Order Granting Motion for Continuance

Judge: Charles A. Ehrlich;   Assistant District Attorney: Megan McDonald;   Defense Attorney: Rosemary Zeccardi (PD); Stenographer: Samanda Rios; Court Clerk: Robin Washington

Status listing held.   No offer extended.   Continued for a jury trial.   Next court date: 9/19/16 in courtroom 608. Defendant was present and served for the trial. Bench Warrant issued for commonwealth witnesses.

| 2 | 09/19/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

CPCMS 9082

Printed: 11/19/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0000988-2013
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Victor Tirado

Page 15 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 09/19/2016 | | Ehrlich, Charles A. |

**Jury Selection**

Pursuant to Rule 631A, defendant colloquied and hereby waives his right to have the judge present during jury selection. Case sent to room 802 for jury to be selected by Court Administration.

Judge Charles Ehrlich, ADA Jennifer Mitrick for Megan McDonald, PD Rosemary Zeccardi, Steno Mary D'Alessandro, Ct Clerk FMiller

Defendant present on bail and signed subpoena for next listing

| | | | |
|---|---|---|---|
| 5 | 09/19/2016 | | Court of Common Pleas - Philadelphia County |

**Hearing Notice**

| | | | |
|---|---|---|---|
| 6 | 09/19/2016 | | Ehrlich, Charles A. |

**Nolo Contendere**

Open Nolo Contendered Plea to Burglary (F1) and Conspiracy (F1). Remaining charges Nolle Prossed. Commonwealth waived 2nd strike. Sentence deferred pending PSI/MH evaluations. NCD: 12/5/16 Room 608 for sentencing. Judge Charles Ehrlich, ADA Chris Taylor, PD Rosemay Zeccardi, Steno Mary D'Alessandro, Ct Clerk FMiller - Defendant present on bail and signed subpoena for next listing

### CASE FINANCIAL INFORMATION

Last Payment Date:                                                                                     Total of Last Payment:

| Tirado, Victor Defendant | | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|---|
| Costs/Fees | | | | | | |
| Bail Bond (Philadelphia) | | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |
| | Costs/Fees Totals: | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |
| | Grand Totals: | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

13. 

USA-v. Tirado



# First Judicial District of Pennsylvania
## Court Summary

**Tirado, Victor**  
Philadelphia, PA  19134

DOB: 05/27/1976

Sex: Male  
Eyes: Brown  
Hair: Black  
Race: Unknown/Unreported

## Active
### Philadelphia
**CP-51-CR-0000988-2013**   Proc Status: Awaiting Trial   DC No: 1324001520   OTN:N8416505  
Arrest Dt: 01/05/2013   Trial Dt:   Legacy No:  
Def Atty: Defender Association of Philadelphia - (PD)  
Last Action: Trial   Last Action Date: 10/20/2014   Last Action Room: 608  
Next Action: Trial   Next Action Date: 04/13/2015   Next Action Room: 608  

| Seq No | Statute | Description | Disposition |
|---|---|---|---|
| 1 | 18 § 3502 | Burglary | |
| 2 | 18 § 903 | Conspiracy | |
| 3 | 18 § 3503 | Crim Tres-Break Into Structure | |
| 4 | 18 § 3921 | Theft By Unlaw Taking-Movable Prop | |
| 5 | 18 § 3925 | Receiving Stolen Property | |
| 6 | 18 § 3304 | Crim'l Misch-Tamper W/Property | |
| 99999 | 18 § 903 | Conspiracy - Burglary | Charge Changed |
| 99999 | 18 § 3304 | Criminal Mischief | Charge Changed |

## Closed
### Philadelphia
**CP-51-CR-0009647-2010**   Proc Status: Sentenced/Penalty Imposed   DC No: 1039040505   OTN:N6907456  
Arrest Dt: 07/08/2010   Disp Date: 02/17/2011   Disp Judge: Covington, Roxanne  
Def Atty: Defender Association of Philadelphia - (PD)  

| Seq No | Statute | Description | Disposition |
|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 1 | 18 § 3925 | | Receiving Stolen Property | | Nolle Prossed |
| 2 | 18 § 3928 | | Unauth Use Motor/Other Vehicles | | Guilty Plea - Negotiated |
| | 02/17/2011 | Probation | 18 months | Max: 18 Month(s) | |

**MC-51-CR-0029639-2010**   Proc Status: Completed   DC No: 1039040505   OTN:N6907456  
Arrest Dt: 07/08/2010   Disp Date: 07/23/2010   Disp Judge: Kirkland, Lydia Y.  
Def Atty: Defender Association of Philadelphia - (PD)  

| Seq No | Statute | Description | Disposition |
|---|---|---|---|
| 1 | 18 § 3925 | Receiving Stolen Property | Held for Court |
| 2 | 18 § 3928 | Unauth Use Motor/Other Vehicles | Held for Court |

**MC-51-CR-0000856-2013**   Proc Status: Completed   DC No: 1324001520   OTN:N8416505  
Arrest Dt: 01/05/2013   Disp Date: 01/23/2013   Disp Judge: Moss, Bradley K.  
Def Atty: Defender Association of Philadelphia - (PD)  

| Seq No | Statute | Description | Disposition |
|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

# First Judicial District of Pennsylvania
## Court Summary

**Tirado, Victor (Continued)**
**Closed (Continued)**
**Philadelphia (Continued)**

| Seq No | Statute | Description | Disposition |
|---|---|---|---|
| 1 | 18 § 3502 | Burglary | Held for Court |
| 2 | 18 § 903 | Conspiracy Burglary | Held for Court |
| 3 | 18 § 3503 | Crim Tres-Break Into Structure | Held for Court |
| 4 | 18 § 3921 | Theft By Unlaw Taking-Movable Prop | Held for Court |
| 5 | 18 § 3925 | Receiving Stolen Property | Held for Court |
| 6 | 18 § 3304 | Criminal Mischief | Held for Court |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.